IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> EPIC MECHANICAL SERVICE CO., INC. a/k/a EPIC MECHANICAL SERVICE CO. and NATHANEL MCGEE, <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION <br> FILE NO. 1:24-cv-04335-AT |

## JOINT STIPULATION OF PLAINTIFF AND DEFENDANTS' EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS

COMES NOW Plaintiff IOU Central, Inc. d/b/a IOU Financial, Inc. (hereinafter "Plaintiff") and Defendants Epic Mechanical Service Co., Inc. a/k/a Epic Mechanical Service Co. and Nathanel McGee (hereinafter collectively "Defendants"), and stipulate and agree that the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss shall be extended to November 11, 2024.

Respectfully stipulated and submitted this 28th day of October, 2024.

**AUBREY THRASHER, LLC**

*/s/ Jeremy B. Ross*
Jeremy B. Ross
Georgia Bar No. 367880

1

jross@aubreythrasher.com
3050 Peachtree Road NW, Suite 240
Atlanta, Georgia 30305
Tel: (404) 978-1355
*Attorney for Plaintiff*

**LAW OFFICES OF HENRY F. SEWELL JR., LLC**

*/s/ Henry F. Sewell, Jr. by JBR with express permission*
Henry F. Sewell, Jr.
Georgia Bar No 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, Georgia 30305
Tel: (404) 926-0053
hsewell@sewellfirm.com
*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, I electronically filed the **JOINT STIPULATION OF PLAINTIFF AND DEFENDANTS' EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** with the Clerk of Court using the Court's CM/ECF system which will send a copy of the filed document electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 28, 2024.

/s/ *Jeremy B. Ross*
Jeremy B. Ross
Georgia Bar No. 367880